DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALBERTO VIGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1531

_____

September 30, 2022

Appeal from the Circuit Court for Hillsborough County; Michael Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Nicholas Martino, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Donna S. Koch, Assistant Attorney General, Tampa for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.